MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
WARREN METLITZKY (CSBN 220758)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7066
Facsimile: (415) 436-6748
Email: warren.metlitzky@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Hannes Liimann v. OU Hansapakend
Civil Matter No. 2-12-31818
Ref. No. 12-2/13-1219-2

MISC. NO. CV 15 80125 PSG MISC.

REQUEST FROM ESTONIAN COURT FOR INFORMATION FROM GOOGLE, INC.

**UNOPPOSED APPLICATION FOR ORDER PURSUANT TO TITLE 28 U.S.C. § 1782**

Pursuant to 28 U.S.C. Section 1782, and the request from the Estonian Court for information from Google, Inc., the United States of America petitions this Court to sign the accompanying proposed order. Google, Inc. does not object to the entry of that order, but reserves all rights and objections in responding to the underlying subpoena.

DATED: April 28, 2015

Respectfully submitted,

MELINDA L. HAAG
United States Attorney

By: _____/s/_____
WARREN METLITZKY
Assistant United States Attorney

APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782