```
MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
WARREN METLITZKY (CSBN 220758)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7066
    Facsimile:  (415) 436-6748
    Email:  warren.metlitzky@usdoj.gov

Attorneys for the United States of America
```



Filed
APR 29 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hannes Liimann v. OU Hansapakend<br>Civil Matter No. 2-12-31818<br>Ref. No. 12-2/13-1219-2<br><br>REQUEST FROM ESTONIAN COURT FOR INFORMATION FROM GOOGLE, INC. | MISC. NO.  CV 15 80125 MISC. PSG<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO TITLE 28 U.S.C. § 1782 |

   Pending before the Court is an application submitted by the United States Attorney pursuant to 28 U.S.C. Section 1782 concerning a request by an Estonian Court for information from Google, Inc. ("Google").  At this time, the United States Attorney requests that the Court appoint Warren Metlitzky, Assistant United States Attorney, as Commissioner, and authorize AUSA Metlitzky to serve Google with a subpoena in accordance with the terms and conditions set forth below.  The Court has reviewed the application and supporting papers and documents, which show that Google does not oppose entry of this proposed Order, but reserves its rights and objections to the underlying subpoena.

   Pursuant to the power conferred on it under 28 U.S.C. § 1782, its inherent authority, and pursuant to the agreement of the United States and Google, the Court hereby ORDERS that AUSA Warren Metlitzky is appointed as Commissioner, and is authorized to serve Google with a subpoena in

ORDER GRANTING APPLICATION FOR APPOINTMENT

accordance with the following terms and conditions:

1. Upon receipt of the subpoena, Google shall promptly make a diligent search for reasonably available information identifying when the e-mail sent from the email address jaago@hansapeakend.ee from the mail.net.ee mail server at 16:01 on February 17, 2012 reached the email address hannes.liiman@gmail.com and when the email was read, as requested by the Estonian Court.

2. Within 7 calendar days from receipt of the subpoena, Google shall provide a copy of the subpoena to the relevant hosts, providers, and users, and advise them that Google will respond to the subpoena unless they file, within 14 calendar days from the date they receive the subpoena, an objection or a motion to quash in this action, served on both Google and AUSA Metlitzky.

3. Prior to production of the information described in paragraph 4, Google will provide AUSA Metlitzky with a redacted version of the responsive declaration or other document(s), with all individual user information redacted. The parties will meet and confer as necessary regarding Google's redacted response if the United States questions whether Google's response is sufficient to satisfy the subpoena. Receipt of a redacted version of the responsive information by AUSA Metlitzky shall not be deemed an admission that Google's response is sufficient to satisfy the subpoena.

4. Subject to the limitation described in paragraph 2 of this Order, within 30 calendar days from Receipt of the subpoena, Google shall produce the requested information to the extent it is reasonably available, along with a notarized verification signed under penalty of perjury, directly to the Estonian Court at the following physical address and as an electronic document to the following email address:

> Harju County Court
> Kentmanni 13
> 15158 Tallinn
> Estonia
>
> email: hmkkentmanni.menetlus@kohus.ee

5. Within 7 calendar days from producing its response to the Estonian Court, Google shall provide AUSA Metlitzky with a notarized verification signed under penalty of perjury indicating the date on which Google produced its response to the Estonian Court in compliance with this Order.

6. This Order does not preclude the United States from filing an amended petition for a further

ORDER GRANTING APPLICATION FOR APPOINTMENT

1  order authorizing an amended subpoena requesting additional information from Google in the event the
2  Estonian Court requests additional information from Google after reviewing Google's response to the
3  subpoena authorized by this Order.

5  IT IS SO ORDERED.

7  DATED: __4.29__, 2015             _____
                                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING APPLICATION FOR APPOINTMENT